IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| David Hightower, #256047, | ) | C/A NO. 2:07-63-CMC-RSC |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Warden, McCormick Correctional | ) | |
| Institution, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on Petitioner's *pro se* motion to set aside the judgment, filed

pursuant to Federal Rule of Civil Procedure 60(b).

Petitioner's motion is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 4, 2007

C:\Documents and Settings\Guest\Local Settings\Temp\notesE1EF34\07-63 Hightower v. Warden denying 60(b) motion to reconsider.wpd

1